COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Zachary J. Williams v. Max B. Mutia

Appellate case number:     01-19-00340-CV

Trial court case number:     15-DCV-227230

Trial court:     434th District Court of Fort Bend County

Appellant, Zachary J. Williams, has filed a motion for rehearing seeking reinstatement of this appeal. The Court requests a response to appellant's motion for rehearing from appellee, Max B. Mutia, no later than January 10, 2020.

It is so ORDERED.


Judge's signature:     /s/  Evelyn V. Keyes
                    ☑ Acting individually     ☐ Acting for the Court


Date:    December 17, 2019